United States District Court
District of New Jersey

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| v. | Case Number: 07- 1129-(01) Mj |
| RICHARD BANACH | |

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest __RICHARD BANACH__

and bring him or her forthwith to the nearest magistrate to answer a(n)

__ Indictment __ Information _X_ Complaint __ Order of Court __ Violation Notice __ Probation Violation Petition

charging him or her with (brief description of offense)
**Conspiracy to commit bank fraud**

in violation of Title __18__, United States Code, Section(s) __371__

Hon. John J. Hughes
Name of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

Signature of Issuing Officer

8/8/07   Trenton, NJ
Date and Location

Bail fixed at $ _____ by _____

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| 402 E. State Street, Trenton, NJ 08608 | | |
| Date Received 8/8/07 | Name and Title of Arresting Officer WENDY DIAMOND POSTAL INSPECTOR | Signature of Arresting Officer |
| Date of Arrest 8/13/07 | | |