PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Richard Banach**                                    Docket No. 07-1129-01

### Petition for Action on Conditions of Pretrial Release

    COMES NOW **Laurie Nadler** PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Richard Banach**, who was placed under pretrial release supervision by the **Honorable John J. Hughes** sitting in the Court at Trenton, New Jersey, on August 13, 2007, under the following conditions:

$100,000 Unsecured Appearance bond cosigned by Cynthia Banach
Report to Pretrial Services as directed
Mental Health treatment as directed by Pretrial Services
Travel restricted to New Jersey and New York unless approved in advance by Pretrial Services

    Respectfully presenting petition for action of Court and for cause as follows:

### [SEE ATTACHED ADDENDUM]

PRAYING THAT THE COURT WILL ORDER DRUG TESTING/TREATMENT AS DIRECTED BY PRETRIAL SERVICES.

ORDER OF COURT

Considered and ordered this 18th day of September, 2007 and ordered filed and made a part of the records in the above case.

_____
Honorable John J. Hughes
United States Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    9/18/07

_____
Laurie Nadler
U.S. Pretrial Services Officer