202-753-0903

| | |
|---|---|
| TITLE II YEARLY VERIFICATION REPORT<br>HOME OFFICE | PAGE 1 OF 1<br>REPORT DATE: 12/18/2008 |

MORTGAGEE NUMBER: ▓▓▓▓  OFFICE ID: ▓▓▓▓  
MORTGAGEE NAME: NORTH SHORE FINANCIAL INC  
DOING BUSINESS AS:  
GNMA ID: NONE     TITLE I  ID: NONE  
APPROVAL DATE: 09/18/2002

TELEPHONE NUMBER: (516) 506-4122  
MORTGAGEE TYPE: LOAN CORRESPONDENT  
INSTITUTION TYPE: 82  
SUPERVISING AGENCY: OTHER (HUD SUPERVISED MORTGAGEE)  
SERVICING/ORIGINATION STATUS: ORIGINATE 1 TO 4 FAMILY ONLY  
TAX ID: ▓▓▓▓  
FISCAL YEAR END: December, 02007

| | |
|---|---|
| SPONSOR MORTGAGEES: 19<br>REVIEW/UPDATE SPONSOR DATA VIA FHA CONNECTION<br>REVIEW/UPDATE BRANCH DATA VIA FHA CONNECTION | APPROVED HUD JURISDICTIONS:<br>REVIEW JURISDICTION DATA VIA FHA CONNECTION<br>REVIEW/UPDATE ADDRESS DATA VIA FHA CONNECTION |
| GEOGRAPHIC ADDRESS:<br>NORTH SHORE FINANCIAL, INC.<br>2531 4TH AVE<br>EAST MEADOW, NY 11554-3302 | CONDITIONAL/FIRM COMMITMENT ADDRESS:<br>NORTH SHORE FINANCIAL, INC.<br>2531 4TH AVE<br>EAST MEADOW, NY 11554-3302 |
| MAILING ADDRESS:<br>NORTH SHORE FINANCIAL, INC.<br>2531 4TH AVE<br>EAST MEADOW, NY 11554-3302 | ENDORSEMENT ADDRESS:<br>NORTH SHORE FINANCIAL, INC.<br>2531 4TH AVE<br>EAST MEADOW, NY 11554-3302 |
| PREMIUM BILLING ADDRESS:<br>NORTH SHORE FINANCIAL, INC.<br>2531 4TH AVE<br>EAST MEADOW, NY 11554-3302 | PAYEE ADDRESS:<br>NORTH SHORE FINANCIAL, INC.<br>2531 4TH AVE<br>EAST MEADOW, NY 11554-3302 |

RECERTIFICATION FEE:  
HOME OFFICE                               Paid  
APPROVED BRANCHES      @ $200 EACH        Paid  
TOTAL PAYMENT  . . . . . . . . . . . . .  Paid  

RETURN ONE COPY OF THIS REPORT TO:  
HUD Office of Lender Approval, Room B133/B3214-  
451 SEVENTH STREET, SW  
WASHINGTON, DC 20410

I CERTIFY THAT NONE OF THE PRINCIPALS, OWNERS, OFFICERS, DIRECTORS, AND/OR EMPLOYEES OF THE ABOVE NAMED MORTGAGEE ARE CURRENTLY INVOLVED IN A PROCEEDING AND/OR INVESTIGATION THAT COULD RESULT, OR HAS RESULTED IN A CRIMINAL CONVICTION, DEBARMENT, LIMITED DENIAL OF PARTICIPATION, SUSPENSION, OR CIVIL MONEY PENALTY BY A FEDERAL, STATE, OR LOCAL GOVERNMENT.

I CERTIFY THAT THE ABOVE NAMED MORTGAGEE HAS NOT BEEN REFUSED A LICENSE AND HAS NOT BEEN SANCTIONED BY ANY STATE(S) IN WHICH IT ORIGINATES AND/OR SERVICES HUD-FHA INSURED MORTGAGES.

I KNOW, OR AM IN THE POSITION TO KNOW, WHETHER THE OPERATIONS OF THE ABOVE NAMED MORTGAGEE CONFORM TO HUD-FHA REGULATIONS, HANDBOOKS, AND POLICIES.

I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE, THE ABOVE NAMED MORTGAGEE CONFORMS TO ALL HUD-FHA REGULATIONS NECESSARY TO MAINTAIN ITS HUD-FHA APPROVAL, AND THAT THE ABOVE NAMED MORTGAGEE IS FULLY RESPONSIBLE FOR ALL ACTIONS OF ITS EMPLOYEES INCLUDING THOSE OF ITS HUD-FHA APPROVED BRANCH OFFICES.

_____  
SIGNATURE

RICHARD BANACH  
PRINTED NAME

[✓] PRESIDENT   [ ] VICE-PRESIDENT

12/18/08     516-697-1694     206-350-5222  
DATE         TELEPHONE        FAX NUMBER

1TS156